**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| National Life Insurance Company,<br><br>                Plaintiff,<br><br>vs.<br><br>Victoria Alembik-Eisner, et al,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-557-JOF |

**J U D G M E N T**

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of plaintiff's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the National Life Insurance Company is discharged from further liability in this action and is awarded $48,375.15 in attorney's fees and expenses. It if further ordered and adjudged that the totality of funds in the registry of the court, less $48,375.15, be paid to Victoria Alembik-Eisner as Trustee of the Abraham Henry Madenfrost Revocable Trust. This case is closed.

Dated at Atlanta, Georgia, this 12th day of September, 2008.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                            By:  s/ Belqyis Evans
                                                    Belqyis Evans, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 15, 2008
James N. Hatten
Clerk of Court

By:  s/ Belqyis Evans
       Deputy Clerk